UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL B. COHEN, individually and on behalf of other persons similarly situated who were employed by WORLD FINANCIAL GROUP, INC. and/or any other entities affiliated with or controlled by WORLD FINANCIAL GROUP, INC.,<br>Plaintiffs,<br>- against -<br>WORLD FINANCIAL GROUP, INC., and/or any other entities affiliated with or controlled by WORLD FINANCIAL GROUP, INC.,<br>Defendants. | Index No. 13-cv-00276 (ARR) (SMG)<br><br>**STIPULATION** |

IT IS STIPULATED, by and between the undersigned counsel, as follows:

1. Venue for the above captioned action shall be transferred to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1404.

2. All prior pleadings served and filed in the above captioned action shall remain in full force and effect, and shall be deemed to have been served and filed on the dates they were served and filed within this action in United States District Court for the Eastern District of New York.

3. The proceedings shall be stayed, for all purposes, for thirty (30) days from the date of execution of this stipulation, so that Plaintiff may retain local counsel in the Northern District of Georgia.

4. Nothing contained herein shall be read as an agreement by either party with any of the legal or factual positions taken by the parties in their letters regarding a pre-motion conference to change venue in this action.

5. This stipulation may be executed in counterparts, and facsimile signatures shall be deemed originals.

**SO AGREED:**

| | |
|---|---|
| VIRGINIA & AMBINDER, LLP<br>*Attorneys for Plaintiffs*<br>111 Broadway, Suite 1403<br>New York, NY 10005<br>(212) 943-9080<br><br>By: _____<br>JAMES EMMET MURPHY, ESQ.<br><br>Dated: ~~March~~ April 1, 2013 | LITTLER MENDELSON, P.C.<br>*Attorneys for Defendants*<br>900 Third Avenue<br>New York, NY 10022<br>(212) 583-9600<br><br>By: _____<br>A. MICHAEL WEBER, ESQ.<br><br>Dated: March 28, 2013 |

SO ORDERED on this ___ day of _____, 2013.

_____
United States District Judge