UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORDAN DESTIN, individually and on behalf of other persons similarly situated who were employed by WORLD FINANCIAL GROUP, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> WORLD FINANCIAL GROUP, INC., <br><br>    Defendant. | CIVIL ACTION NO. <br><br> 1:13-CV-1092-CAP |

**O R D E R**

This action is before the court on the plaintiff's unopposed emergency motion for partial reconsideration of the July 3, 2014 order [Doc. No. 170]. The plaintiff seeks this court's reconsideration of the portion of the court's order disallowing the extension of the briefing schedule related to the pending motion for conditional certification [Doc. No. 58]. As set forth below, the relief sought in the motion for reconsideration [Doc. No. 170] is now moot, and the motion is DISMISSED.

The motion for conditional certification has been pending since August 16, 2013. Yet, because of discovery disputes, mishaps, extensions, and stays,

the parties have been unable to complete the briefing on this motion. It is currently the parties' prediction that the briefing could be completed by September 15, 2014, thirteen months after the motion was filed. This is unacceptable to the court. Therefore, the motion to certify class [Doc. No. 58] is DISMISSED with leave to refile no later than August 29, 2014.

In addition to the motion for conditional certification, two motions for summary judgment remain in limbo awaiting final briefing at the conclusion of the Rule 30(b)(6) depositions that the parties have been unable to complete [Doc. Nos. 114 and 115]. Accordingly, the motion for summary judgment as to Jordan Destin [Doc. No. 114] and motion for summary judgment as to Herbert Russell [Doc. No. 115] are DISMISSED with leave to refile no later than August 29, 2014.

**SO ORDERED** this 7th day of July, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge