**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JORDAN DESTIN, CHIDI IHUEZE, CHARMAINE JOHNSON, BIANCA JONES, GOLALEH KAMRAN, ARMINE KARTALIAN, VIVIAN KITCHENS, ROLAND MACK, CASSANDRA MCKENZIE, ELRETHA PERKINS, ULISSA POKHAN, HERBERT RUSSELL, and REGINA SANDERS,<br><br>        Plaintiffs,<br>v.<br><br>WORLD FINANCIAL GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO.<br>1:13-CV-1092-CAP |

## PLAINTIFFS' RENEWED AND UNOPPOSED MOTION TO APPROVE REVISED FLSA SETTLEMENT

Pursuant to the Court's Order dated June 23, 2017, (Doc. 388),

Plaintiffs[1], through their counsel, submit this unopposed Motion to Approve

the Revised Fair Labor Standards Act ("FLSA") Stipulation and Settlement

---

[1] "Plaintiffs" include long-time named Plaintiff Jordan Destin and the following 12 individuals who previously filed consents to participate in this case as Opt-in Plaintiffs, had their claims dismissed without prejudice through the Court's Order decertifying the conditional collective action, and have since been added as plaintiffs to this action for the sole purpose of affecting the terms of the Settlement Agreement:  Herbert Russell, Kamran Golaleh, Regina Sanders, Cassandra McKenzie, Charmaine Johnson, Elretha Perkins, Chidi Ihueze, Armine Kartalian, Vivian Kitchens, Roland Mack, Bianca Washington-Jones, and Ulissa Pokhan.

Agreement ("Revised Settlement Agreement") that they entered into with Defendant World Financial Group, Inc. ("Defendant" or "WFG"). Plaintiffs and WFG have agreed upon the terms of the Revised Settlement Agreement to resolve Plaintiffs' FLSA and all other possible wage and hour claims. Plaintiffs hereby attach as Exhibit A the Revised Settlement Agreement which removes any confidentiality provisions that were contained in the previously filed Settlement Agreement. (Doc. 387-1). Plaintiffs move this Court to approve the Revised Settlement Agreement, showing the Court as follows:

1.      As described in the attached Memorandum of Law in Support of Plaintiffs' Unopposed Motion and Declaration, WFG has agreed to pay Plaintiffs the following amounts of money which would be reflected as non-wage income for which Internal Revenue Service Form 1099s would be issued:

| (Opt-in) Plaintiff | Settlement Amount |
| --- | --- |
| Jordan Destin | $18,000 |
| Herbert Russell | $8,000 |
| Cassandra McKenzie | $8,000 |

| | |
|---|---|
| Regina Sanders | $8,000 |
| Golaleh Kamran | $8,000 |
| Chidi Ihueze | $3,500 |
| Charmaine Johnson | $3,500 |
| Armina Kartalian | $3,500 |
| Vivian Kitchens | $3,500 |
| Roland Mack | $3,500 |
| Elretha Perkins | $3,500 |
| Ulissa Pokhan | $3,500 |
| Bianca Washington-Jones | $3,500 |

2.     In exchange for the above-described payments, each of the

Plaintiffs agree to release all of their respective wage-related claims.

3.     After separately negotiating attorneys' fees and expenses, WFG

also agreed to pay Plaintiffs' counsel $450,000 for their attorneys' fees, costs,

and expenses incurred in this litigation. If the Court approves this amount, the

majority of the $450,000 (or 64%) will cover Plaintiffs' counsels' actual

expenses incurred in the case, leaving 36% (or $162,031.24) to cover attorneys' fees.[2]

4.      As described in the Memorandum of Law and Declaration included herein, this Court should approve the Revised Settlement Agreement because it is the result of arms' length negotiations, and it is a fair and reasonable resolution of a bona fide dispute involving claims for unpaid minimum wage and/or overtime wages under the FLSA.

5.      Accordingly, Plaintiffs respectfully request that the Court grant this motion for approval of the Revised Settlement Agreement and enter an Order: (1) adjudging the terms of the Revised Settlement Agreement to be fair, reasonable and adequate, and in the best interests of the Plaintiffs, and direct consummation of its terms and provisions, including the settlement amounts to each of the Plaintiffs; (2) approving the requested attorneys' fees, costs and expenses to Plaintiffs' Counsel; and (3) dismissing all claims released in the Revised Settlement Agreement from the litigation on the merits with prejudice; and (4) permanently enjoining all Plaintiffs (including Releasing Persons)

---

[2] In accordance with Local Rule 54.2, this Motion sets forth a fair estimate of the total amount of fees and expenses, and specifies only that reduced amount which is sought in accordance with the Revised Settlement Agreement and which is unopposed by Defendants. Should the Court desire Plaintiffs to file more detailed information concerning that limited amount sought, or the fees and expenses actually incurred, Plaintiffs will do so promptly upon direction of the Court.

from prosecuting against Defendant and the Released Persons any of the

Released Claims as defined in the Revised Settlement Agreement.

Respectfully submitted this 29th day of June, 2017.

**BUCKLEY BEAL, LLP**

By:   */s/ Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
Rachel Berlin
Georgia Bar No. 707419
rberlin@buckleybeal.com
Promenade, Suite 900
1230 Peachtree Street, NE
Atlanta, Georgia  30309
Telephone:  (404) 781-1100
Facsimile:  (404) 781-1101

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown
Michael Tompkins
*Admitted Pro Hac Vice*
One Old Country Road, Suite 347
Carle Place, NY  11514
Tel: (516) 873-9550
Fax: (516) 747-5024

VIRGINIA & AMBINDER, LLP
Lloyd R. Ambinder
James E. Murphy
Kara Miller
*Admitted Pro Hac Vice*
40 Broad Street, 7th Floor
New York, NY 10004
Tel: (212) 943-9080

6

Fax: (212) 943-9082

*Attorneys for Plaintiff and
Putative Collective*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORDAN DESTIN, CHIDI IHUEZE, CHARMAINE JOHNSON, BIANCA JONES, GOLALEH KAMRAN, ARMINE KARTALIAN, VIVIAN KITCHENS, ROLAND MACK, CASSANDRA MCKENZIE, ELRETHA PERKINS, ULISSA POKHAN, HERBERT RUSSELL, and REGINA SANDERS, <br><br>       Plaintiffs, <br><br> v. <br><br> WORLD FINANCIAL GROUP, INC., <br><br>       Defendant. | CIVIL ACTION NO. 1:13-CV-1092-CAP |

I hereby certify that on June 29, 2017, I electronically filed the foregoing

**PLAINTIFFS' RENEWED AND UNOPPOSED MOTION TO APPROVE**

**REVISED FLSA SETTLEMENT** with the Clerk of Court using the CM/ECF

system which will automatically send email notification of such filing to the

following attorneys of record:

> Bradley S. Strawn (bstrawn@littler.com)
> Lisa A. Schreter (lschreter@littler.com)
> Tasha K. Inegbenebor (tinegbenebor@littler.com)
> A. Michael Weber (mweber@littler.com)
> Richard W. Black (rblack@littler.com)
> Joshua Waxman (jwaxman@littler.com)
> Jerry Walters (jwalters@littler.com)

8

**BUCKLEY BEAL, LLP**

By: */s/ Edward D. Buckley*
   Edward D. Buckley
   Georgia Bar No. 092750
   edbuckley@buckleybeal.com

   *Attorneys for Plaintiff and*
   *Putative Collective*