UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORDAN DESTIN, et al. , | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:13-CV-1092-CAP |
| WORLD FINANCIAL GROUP, INC., | |
| Defendant. | |

### O R D E R

This action came before the court on the plaintiffs' renewed and unopposed motion to approve the parties' revised FLSA Settlement in this [Doc. No. 389].

The parties are seeking final approval of the terms of their settlement pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." Having reviewed the motion to approve, the brief in support thereof, the record, and the details of the revised settlement agreement, the court concludes that the terms of the settlement (1) are fair to the plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; (3) demonstrate a good-faith intention by the

parties that the plaintiffs' claims be fully and finally resolved. Furthermore, the settlement (1) was reached in an adversarial context as the result of arms-length negotiations between the parties; (2) arrived at a fair disposition of the claims; and (3) arrived at an amount the parties agree is a fair and reasonable settlement of the attorneys' fees and costs of litigation. *See generally, Lynn's Food Stores, Inc.*, 679 F.2d 1350.

Accordingly, the motion [Doc. No. 389] is GRANTED, and the revised FLSA settlement is hereby APPROVED by the court as a final, fair, adequate, and reasonable resolution of this action. The revised settlement agreement, attached to the renewed motion to approve as Exhibit A, is hereby incorporated into this order. Additionally, the court finds that the amounts of attorneys fees and expenses agreed to by the parties are approved. The defendant shall pay the agreed upon amounts to the plaintiffs and counsel for the plaintiffs, respectively, in accordance with the terms of the agreement.

This matter is DISMISSED WITH PREJUDICE, and the clerk is DIRECTED to terminate this civil action.

**SO ORDERED** this  25th  day of July, 2017.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge